```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 35788
   ALBERT BLISSITT
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-2079


--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 09/07/2005 and was confirmed 10/19/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  53.67% from remaining funds.

     The case was dismissed after confirmation 11/05/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
CITI RESIDENTIAL LENDING  CURRENT MORTG         .00              .00            .00
AMERICAN GENERAL FINANCE  SECURED           5000.00              .00        5000.00
AMERICAN GENERAL FINANCE  UNSECURED          695.18              .00         253.20
CHRYSLER FINANCIAL        UNSECURED         7049.17              .00        2567.43
CHRYSLER FINANCIAL        SECURED          15566.03          1365.85       15566.03
CERTIFIED SERVICES        UNSECURED        NOT FILED             .00            .00
MEDICAL PAYMENT DATA      NOTICE ONLY      NOT FILED             .00            .00
CHASE                     UNSECURED        NOT FILED             .00            .00
ECAST SETTLEMENT CORP     UNSECURED          2626.01             .00         956.44
CITIFINANCIAL             UNSECURED        NOT FILED             .00            .00
CMI                       UNSECURED        NOT FILED             .00            .00
WOW INTERNET AND CABLE    UNSECURED           58.23              .00          17.96
ECAST SETTLEMENT CORP     UNSECURED          3845.65             .00        1400.65
PREMIUM ASSET RECOVERY C  UNSECURED        NOT FILED             .00            .00
MEDICAL PAYMENT DATA      NOTICE ONLY      NOT FILED             .00            .00
PREMIUM ASSET RECOVERY C  UNSECURED        NOT FILED             .00            .00
MEDICAL PAYMENT DATA      NOTICE ONLY      NOT FILED             .00            .00
PREMIUM ASSET RECOVERY C  UNSECURED        NOT FILED             .00            .00
MEDICAL PAYMENT DATA      NOTICE ONLY      NOT FILED             .00            .00
PREMIUM ASSET RECOVERY C  UNSECURED        NOT FILED             .00            .00
MEDICAL PAYMENT DATA      NOTICE ONLY      NOT FILED             .00            .00
ERNESTO D BORGES JR       DEBTOR ATTY       2,294.00                        2,294.00
TOM VAUGHN                TRUSTEE                                           1,746.98
DEBTOR REFUND             REFUND                                                3.46

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                           RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                    31,172.00

PRIORITY                                            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 35788 ALBERT BLISSITT
```

```
SECURED                                                       20,566.03
    INTEREST                                                   1,365.85
UNSECURED                                                      5,195.68
ADMINISTRATIVE                                                 2,294.00
TRUSTEE COMPENSATION                                           1,746.98
DEBTOR REFUND                                                      3.46
                                        ---------------  ---------------
TOTALS                                        31,172.00        31,172.00
```

　　Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 02/25/09                      /s/ Tom Vaughn
                                     _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE










                        PAGE   2
        CASE NO. 05 B 35788 ALBERT BLISSITT